Dylan Hackett Esq. (SBN 329339)
Chris Quattrociocche (SBN: 331233)
**THE HACKETT LAW FIRM**
P.O. Box 330168
San Francisco, CA 94133
Telephone: (415) 410-9931
Email: dylanhackett@hackettfirm.com, cquattrociocche@hackettfirm.com

*Attorneys for Plaintiff, Barbara Ratcliffe*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA RATCLIFFE,, <br><br> Plaintiff, <br><br> vs. <br><br> YOCHA DEHE WINTUN NATION D/B/A CACHE CREEK CASINO RESORT,, <br><br> Defendants, | Case No.: **2:24-cv-03742** <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE** |

Having considered Plaintiff's Ex Parte Application to Continue the Scheduling Conference, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff's Ex Parte Application is GRANTED.
2. The Scheduling Conference currently set for April 21, 2025, at 1:30 p.m. is VACATED.

3. The Scheduling Conference is hereby continued to **June 2, 2025, at 1:30 p.m.** in Courtroom 5 before the Honorable William B. Shubb.  A joint status report shall be filed no later than **May 19, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed December 27, 2024 (Docket No. 3).

IT IS SO ORDERED.

Dated:  April 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25